# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Civil Division
### South District, Governor George Deukmejian Courthouse, Department S26

**24STCV20158**  August 28, 2024
**JANE ROE vs DISA GLOBAL SOLUTIONS, INC, et al.**  8:52 AM

Judge: Honorable Michael P. Vicencia   CSR: None
Judicial Assistant: D. Oura   ERM: None
Courtroom Assistant: None   Deputy Sheriff: None

APPEARANCES:

For Plaintiff(s): No Appearances

For Defendant(s): No Appearances

**NATURE OF PROCEEDINGS:** Court Order

Order to Show Cause Re: Failure to File Proof of Service is scheduled for 10/30/2024 at 08:30 AM in Department S26 at Governor George Deukmejian Courthouse.

Case Management Conference is scheduled for 01/08/2025 at 08:30 AM in Department S26 at Governor George Deukmejian Courthouse.

Plaintiff is ordered to give notice.

Clerk hereby gives notice to Plaintiff.

Certificate of Mailing is attached.