TERESA M. GREIDER (SB# 336094)
teresagreider@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California 90071-2228
Telephone: 1(213) 683-6000
Facsimile: 1(213) 627-0705

PAUL EVANS (NY SB# 5824438)
(*Pro Hac Vice* Application forthcoming)
paulevans@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Telephone: 1(212) 318-6000
Facsimile: 1(212) 319-4090

Attorneys for Defendants
AIR PRODUCTS AND CHEMICALS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE,<br><br>   Plaintiff,<br><br>   vs.<br><br>DISA GLOBAL SOLUTIONS, INC; JCL SAFETY SERVICES; AIR PRODUCTS AND CHEMICALS, INC.; PHILLIPS 66; NORTH AMERICAN BACKGROUND SCREENING CONSORTIUM; HEALTH AND SAFETY COUNCIL; and DOES 1-10, inclusive,<br><br>   Defendants. | Case No. 2:24-cv-08380<br><br>**DEFENDANT AIR PRODUCTS AND CHEMICALS, INC'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Complaint Served: August 8, 2024<br>Removal Date: September 30, 2024<br>Date: December 9, 2024<br>Time: 9:00 a.m.<br><br>Honorable Mark C. Scarsi<br><br>[Memorandum of Points and Authorities and [Proposed] Order served and filed concurrently] |

TO THE COURT, TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on December 9, 2024, at 9:00 a.m., or as soon as the matter may be heard, in Courtroom 7C, of the United States District Court, Central District of California, 350 West 1st Street, Los Angeles, California, 90012, before Honorable Mark C. Scarsi, Defendants Air Products and Chemicals Inc. ("Air Products") will and hereby does, move this Court for an order dismissing Air Products from Plaintiff Jane Roe's ("Plaintiff") Complaint pursuant to Federal Rule of Civil Procedure Rule 12 (b)(6) on the grounds that Plaintiff has failed to state a claim upon which relief can be granted.  Specifically, this motion is made on the following grounds:

- Plaintiff's California Fair Chance Act ("FCA") and California Fair Employment and Housing Act ("FEHA") claims against Air Products fail because Plaintiff failed to plead sufficient facts that Air Products was Plaintiff's prospective employer or carried out any FEHA-regulated actions on behalf of her prospective employer as required for Air Products to be liable under the FCA or FEHA. *See* Cal. Gov't Code § 12952; Cal. Gov't Code § 12940, *et seq.*
- Plaintiff failed to plead with sufficient specificity any wrongful actions by Air Products, relying instead on conclusory allegations.  Thus, Plaintiff's group pleading renders the Complaint deficient as a whole.

This motion is made following a conference of counsel pursuant to L.R. 7-3 which took place during the week of September 23, 2024.

This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Proposed Order Granting

///

///

Air Products' Motion, the Court's record of this action, all matters of which the Court may take notice and on such written or oral arguments presented to the Court.

DATED:  October 21, 2024         PAUL HASTINGS LLP
                                 PAUL EVANS
                                 TERESA M. GREIDER


                                 By:     */s/ Teresa M. Greider*
                                         TERESA M. GREIDER

                                 Attorneys for Defendants
                                 AIR PRODUCTS AND CHEMICALS, INC.

---

CASE NO. 2:24-cv-08380            -3-            DEFENDANT AIR PRODUCT AND
                                                 CHEMINCALS INC.'S NOTICE OF
                                                 MOTION AND MOTION TO DISMISS
                                                 PLAINTIFF'S COMPLAINT