1

2

3

4

5

6

7

8

9  UNITED STATES DISTRICT COURT

10  CENTRAL DISTRICT OF CALIFORNIA

11

| JANE ROE, | Case No. 2:24-cv-08380 |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING AIR PRODUCTS AND CHEMICALS, INC'S MOTION TO DISMISS** |
| vs. | |
| DISA GLOBAL SOLUTIONS, INC; JCL SAFETY SERVICES; AIR PRODUCTS AND CHEMICALS, INC.; PHILLIPS 66; NORTH AMERICAN BACKGROUND SCREENING CONSORTIUM; HEALTH AND SAFETY COUNCIL; and DOES 1-10, inclusive, | Complaint Served: August 8, 2024<br>Removal Date: September 30, 2024<br>Date: December 9, 2024<br>Time: 9:00 a.m. |
| Defendants. | Honorable Mark C. Scarsi |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Defendant Air Products and Chemicals Inc.'s ("Air Products") Motion to
2 Dismiss (the "Motion") Air Products from Plaintiff Jane Roe's ("Plaintiff")
3 Complaint was heard on December 9, 2024 at 9:00 a.m., in Courtroom 7C of the
4 above-captioned court.

5    Having heard and considered all the pleadings and records on file, and all
6 papers in support of and in opposition to the Motion, and good cause appearing
7 therefor, it is hereby:

8    ORDERED that Air Products' Motion is GRANTED in its entirety; and it is
9 FURTHER ORDERED that Air Products is dismissed from Plaintiff's complaint
10 with prejudice.

11    IT IS SO ORDERED.

12

13 DATED:                    ,2024

14

15                                   _____
16                                   HONORABLE MARK C. SCARSI
                                     United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 2:24-cv-08380                    -2-                    [PROPOSED] ORDER GRANTING
                                                                DEFENDANT AIR PRODUCTS INC.'S
                                                                MOTION TO DISMISS