Debbie Birndorf (Bar No. 179823)
Jenny Choi (Bar No. 285839)
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
debbie.birndorf@nortonrosefulbright.com
jenny.choi@nortonrosefulbright.com

Attorneys for PHILLIPS 66 COMPANY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE,<br><br>    Plaintiff,<br>v.<br><br>DISA GLOBAL SOLUTIONS, INC; JCL SAFETY SERVICES; AIR PRODUCTS AND CHEMICALS, INC; PHILLIPS 66; NORTH AMERICAN BACKGROUND SCREENING CONSORTIUM; HEALTH AND SAFETY COUNCIL; and DOES 1-10, inclusive,<br><br>    Defendants | Case No. 2:24-cv-08380<br><br>Assigned For All Purposed to Honorable Mark C. Scarsi<br><br>**DEFENDANT PHILLIPS 66 COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT** |

Defendant Phillips 66 Company ("Defendant") answers the Complaint of Jane Roe as follows:

### NATURE OF THE ACTION

1.     Defendant acknowledges Plaintiff filed suit for alleged employment discrimination and consumer protection violations under the California Fair Employment and Housing Act ("FEHA"), the California Fair Chance Act ("Fair Chance Act"), and the California Investigative Consumer Reporting Agencies Act ("ICRAA"). Defendant denies any wrongdoing or that it engaged in any violations.

DOCUMENT PREPARED ON RECYCLED PAPER

2.     The allegations in paragraph 2 constitute legal conclusions to which no answer or response is required.  To the extent any response is required, Defendant lacks knowledge or information sufficient to form a belief and therefore denies the allegations.

3.     The allegations in paragraph 3 constitute legal conclusions to which no answer or response is required.  To the extent any response is required, Defendant lacks knowledge or information sufficient to form a belief and therefore denies the allegations.

4.     The allegations in paragraph 4 constitute legal conclusions to which no answer or response is required.  To the extent any response is required, Defendant lacks knowledge or information sufficient to form a belief and therefore denies the allegations.

5.     The allegations in paragraph 5 constitute legal conclusions to which no answer or response is required.  To the extent any response is required, Defendant lacks knowledge or information sufficient to form a belief and therefore denies the allegations.

6.     Answering Paragraph 6 of the Complaint, Defendant denies the allegations as to Defendant.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations as to other defendants, and on that basis denies each and every allegation contained therein.

7.     Answering Paragraph 7 of the Complaint, Defendant denies the allegations as to Defendant.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations as to other defendants, and on that basis denies each and every allegation contained therein.

8.     Answering Paragraph 8 of the Complaint, Defendant denies the allegations as to Defendant.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations as to other defendants, and on that basis denies each and every allegation contained therein.

DOCUMENT PREPARED ON RECYCLED PAPER

DEFENDANT PHILLIPS 66 COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT

9.     Answering Paragraph 9 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

10.     Answering Paragraph 10 of the Complaint, Defendant denies the allegations as to Defendant.  As to the remainder of the paragraph, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations as to other defendants, and on that basis denies each and every allegation contained therein.

11.     Answering Paragraph 11 of the Complaint, Defendant denies the allegations as to Defendant.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations as to other defendants, and on that basis denies each and every allegation contained therein.

12.     The allegations in paragraph 12 constitute legal conclusions to which no answer or response is required.  To the extent any response is required, Defendant lacks knowledge or information sufficient to form a belief and therefore denies the allegations.

13.     The allegations in paragraph 13 constitute legal conclusions to which no answer or response is required.  To the extent any response is required, Defendant denies that Plaintiff is entitled to any damages.

## PARTIES

14.     Answering Paragraph 14 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations as to other defendants, and on that basis denies each and every allegation contained therein.

15.     Answering Paragraph 15 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations as to other defendants, and on that basis denies each and every allegation contained therein.

DOCUMENT PREPARED
ON RECYCLED PAPER

DEFENDANT PHILLIPS 66 COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT

16. Answering Paragraph 16 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations as to other defendants, and on that basis denies each and every allegation contained therein.

17. Answering Paragraph 17 of the Complaint, Defendant denies it is a member of the North American Background Screening Consortium ("NABSC"). As to the remainder of the paragraph, the allegations constitute legal conclusions to which no answer or response is required. To the extent any response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations as to other defendants, and on that basis denies each and every allegation contained therein.

18. Answering Paragraph 18 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations as to other defendants, and on that basis denies each and every allegation contained therein.

19. Answering Paragraph 19 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations as to other defendants, and on that basis denies each and every allegation contained therein.

20. Answering Paragraph 20 of the Complaint, Defendant admits it is a Delaware corporation headquartered in the State of Texas and doing business in the State of California as a registered foreign corporation. Defendant admits it operates facilities in multiple locations throughout the State of California. As to the remainder of the paragraph, the allegations constitute legal conclusions to which no answer or response is required. To the extent any response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

DOCUMENT PREPARED ON RECYCLED PAPER

DEFENDANT PHILLIPS 66 COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT

21.     Answering Paragraph 21 of the Complaint, the allegations constitute legal conclusions to which no answer or response is required.  To the extent any response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

22.     Answering Paragraph 22 of the Complaint, the allegations constitute legal conclusions to which no answer or response is required.  To the extent any response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

### **PROCEEDING AS JANE ROE**

23.     Answering Paragraph 23 of the Complaint, the allegations constitute legal conclusions to which no answer or response is required.  To the extent any response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

24.     Answering Paragraph 24 of the Complaint, the allegations constitute legal conclusions to which no answer or response is required.  To the extent any response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

25.     Answering Paragraph 25 of the Complaint, the allegations constitute legal conclusions to which no answer or response is required.  To the extent any response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

26.     Answering Paragraph 26 of the Complaint, the allegations constitute legal conclusions to which no answer or response is required.  To the extent any

DOCUMENT PREPARED ON RECYCLED PAPER

DEFENDANT PHILLIPS 66 COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT

response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

## **VENUE AND JURISDICTION**

27. Answering Paragraph 27 of the Complaint, the allegations constitute legal conclusions to which no answer or response is required. To the extent any response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

28. Defendant admits the allegations in Paragraph 28 of the Complaint.

## **SUMMARY OF RELEVANT LAW**

29. The allegation in Paragraph 29 constitutes a legal conclusion to which no answer or response is required. Defendant acknowledges Plaintiff's reference to statutory materials, and asserts the actual language of, and context within, those documents speaks for itself. Otherwise, Defendant admits the allegations in Paragraph 29.

30. The allegation in Paragraph 30 constitutes a legal conclusion to which no answer or response is required. Defendant acknowledges Plaintiff's reference to published materials, and asserts the actual language of, and context within, those documents speaks for itself. Otherwise, Defendant admits the allegations in Paragraph 30.

31. The allegation in Paragraph 31 constitutes a legal conclusion to which no answer or response is required. Defendant acknowledges Plaintiff's reference to published materials, and asserts the actual language of, and context within, those documents speaks for itself. Otherwise, Defendant admits the allegations in Paragraph 31.

32. The allegation in Paragraph 32 constitutes a legal conclusion to which no answer or response is required. Defendant acknowledges Plaintiff's reference to

DOCUMENT PREPARED ON RECYCLED PAPER

DEFENDANT PHILLIPS 66 COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT

published materials, and asserts the actual language of, and context within, those documents speaks for itself.   Otherwise, Defendant admits the allegations in Paragraph 32.

33.    The allegation in Paragraph 33 constitutes a legal conclusion to which no answer or response is required.  Defendant acknowledges Plaintiff's reference to statutory materials, and asserts the actual language of, and context within, those documents speaks for itself.   Otherwise, Defendant admits the allegations in Paragraph 33.

34.    The allegation in Paragraph 34 constitutes a legal conclusion to which no answer or response is required.  Defendant acknowledges Plaintiff's reference to published materials, and asserts the actual language of, and context within, those documents speaks for itself.   Otherwise, Defendant admits the allegations in Paragraph 34.

35.    The allegation in Paragraph 35 constitutes a legal conclusion to which no answer or response is required.  Defendant acknowledges Plaintiff's reference to published materials, and asserts the actual language of, and context within, those documents speaks for itself.   Otherwise, Defendant admits the allegations in Paragraph 35.

36.    The allegation in Paragraph 36 constitutes a legal conclusion to which no answer or response is required.  To the extent a response is required, Defendant denies the allegations as to it.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations as to other defendants, and on that basis denies each and every allegation contained therein.

37.    The allegation in Paragraph 37 constitutes a legal conclusion to which no answer or response is required.  To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

DEFENDANT PHILLIPS 66 COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT

DOCUMENT PREPARED
ON RECYCLED PAPER

## STATEMENT OF FACTS

A.    Summary of Background Screening Policies and Practices

38.    The allegation in Paragraph 38 constitutes a legal conclusion to which no answer or response is required.  To the extent a response is required, Defendant admits it may work with other defendants with respect to the assignment of contract workers at its facilities.  As to the remaining allegations, Defendant without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

39.    Answering Paragraph 39 of the Complaint, Defendant acknowledges Plaintiff's citation to written materials, and asserts the actual language of, and context within, those documents speaks for itself.  As to the remaining allegations, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

40.    Answering Paragraph 40 of the Complaint, Defendant acknowledges Plaintiff's citation to written materials, and asserts the actual language of, and context within, those documents speaks for itself.  As to the remaining allegations, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

41.    Answering Paragraph 41 of the Complaint, Defendant acknowledges Plaintiff's citation to written materials, and asserts the actual language of, and context within, those documents speaks for itself.  As to the remaining allegations, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

42.    Answering Paragraph 42 of the Complaint, Defendant acknowledges Plaintiff's citation to written materials, and asserts the actual language of, and context within, those documents speaks for itself.  As to the remaining allegations, Defendant admits the allegations.

DOCUMENT PREPARED ON RECYCLED PAPER

DEFENDANT PHILLIPS 66 COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT

43. Answering Paragraph 43 of the Complaint, Defendant acknowledges Plaintiff's citation to written materials, and asserts the actual language of, and context within, those documents speaks for itself. As to the remaining allegations, Defendant admits the allegations.

44. Answering Paragraph 44 of the Complaint, Defendant acknowledges Plaintiff's citation to written materials, and asserts the actual language of, and context within, those documents speaks for itself. As to the remaining allegations, Defendant admits the allegations.

45. Answering Paragraph 45 of the Complaint, Defendant acknowledges Plaintiff's citation to written materials, and asserts the actual language of, and context within, those documents speaks for itself. Defendant admits it would be considered an "Owner," as defined in the DISA Background Screening Consortium Background Screening Policy. As to the remaining allegations, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

46. Answering Paragraph 46 of the Complaint, Defendant acknowledges Plaintiff's citation to written materials, and asserts the actual language of, and context within, those documents speaks for itself. Defendant admits that DISA runs background checks and produces background screen grades. As to the remaining allegations, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

47. Answering Paragraph 47 of the Complaint, Defendant acknowledges Plaintiff's citation to written materials, and asserts the actual language of, and context within, those documents speaks for itself. As to the remaining allegations, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

DOCUMENT PREPARED
ON RECYCLED PAPER

48.    Answering Paragraph 48 of the Complaint, Defendant admits it  sets a maximum background screen grade for contractors assigned to its facilities.  As to the remainder of the paragraph, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

49.    Answering Paragraph 49 of the Complaint, Defendant acknowledges Plaintiff's citation to written materials, and asserts the actual language of, and context within, those documents speaks for itself.  As to the remaining allegations, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

50.    Answering Paragraph 50 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

51.    Answering Paragraph 51 of the Complaint, Defendant acknowledges Plaintiff's citation to written materials, and asserts the actual language of, and context within, those documents speaks for itself.  As to the remaining allegations, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

B.    DISA, NABSC, and HASC and their background screening search and grading criteria

52.    Answering Paragraph 52 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

53.    Answering Paragraph 53 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

54.    Answering Paragraph 54 of the Complaint, the allegations constitute legal conclusions for which an answer or response is not required.  To the extent that

DOCUMENT PREPARED ON RECYCLED PAPER

a response is required, Defendant admits it utilizes DISA to perform background screenings for contractors.  Defendant admits it participates in HASC.  As to the remaining allegations, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

55.    Answering Paragraph 55 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

56.    Answering Paragraph 56 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

57.    Answering Paragraph 57 of the Complaint, Defendant acknowledges Plaintiff's citation to written materials, and asserts the actual language of, and context within, those documents speaks for itself.  As to the remaining allegations, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

58.    Answering Paragraph 58 of the Complaint, Defendant acknowledges Plaintiff's citation to written materials, and asserts the actual language of, and context within, those documents speaks for itself.  Defendant admits that it requires contractors to complete a DISA background screening, including the assignment of a background screen grade, if they wish to provide services at one of its facilities.  As to the remaining allegations, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

59.    Answering Paragraph 59 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

DOCUMENT PREPARED ON RECYCLED PAPER

60.    Answering Paragraph 60 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

61.    Answering Paragraph 61 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

62.    Answering Paragraph 62 of the Complaint, Defendant acknowledges Plaintiff's citation to written materials, and asserts the actual language of, and context within, those documents speaks for itself.  Defendant admits that it utilizes services of DISA and HASC to obtain contractors.  As to the remaining allegations, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

63.    Answering Paragraph 63 of the Complaint, Defendant admits it utilizes DISA and HASC to perform background screenings on prospective contractors.  As to the remaining allegations, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

64.    Answering Paragraph 64 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

65.    Answering Paragraph 65 of the Complaint, Defendant admits that Contractor Employees assigned to Defendant's facilities are the direct employees of Contractor Employers.  As to the remainder of the paragraph, the allegations constitute legal conclusions for which no answer or response is required.  To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

DOCUMENT PREPARED ON RECYCLED PAPER

DEFENDANT PHILLIPS 66 COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT

66. Answering Paragraph 66 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

67. Answering Paragraph 67 of the Complaint, Defendant admits it has access to portals maintained by DISA and HASC related to contractors assigned to its facilities. Otherwise, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

68. Answering Paragraph 68 of the Complaint, Defendant acknowledges Plaintiff's citation to written materials, and asserts the actual language of, and context within, those documents speaks for itself. As to the remaining allegations, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

69. Answering Paragraph 69 of the Complaint, Defendant admits it has access to a portal maintained by DISA related to contractors assigned to its facilities. As to the remaining allegations, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

70. Answering Paragraph 70 of the Complaint, Defendant acknowledges Plaintiff's citation to written materials, and asserts the actual language of, and context within, those documents speaks for itself. As to the remaining allegations, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations as phrased, and on that basis denies each and every allegation contained therein.

71. Answering Paragraph 71 of the Complaint, Defendant denies the allegations as to Defendant. As to the remaining allegations, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

DOCUMENT PREPARED
ON RECYCLED PAPER

72.    Answering Paragraph 72 of the Complaint, Defendant admits that a Contractor Employee whose background screen grade exceeds its maximum grade is denied assignment to its facilities unless Defendant grants a waiver.  As to the remaining allegations, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

C.    <u>Plaintiff's experience under DISA and NABSC's policies.</u>

73.    Answering Paragraph 73 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

74.    Answering Paragraph 74 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

75.    Answering Paragraph 75 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

76.    Answering Paragraph 76 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

77.    Answering Paragraph 77 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

78.    Answering Paragraph 78 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

79.    Answering Paragraph 79 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

DOCUMENT PREPARED ON RECYCLED PAPER

DEFENDANT PHILLIPS 66 COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT

80.    Answering Paragraph 80 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

81.    Answering Paragraph 81 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

82.    Answering Paragraph 82 of the Complaint, Defendant acknowledges Plaintiff's citation to written materials, and asserts the actual language of, and context within, those documents speaks for itself.  As to the remaining allegations, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

83.    Answering Paragraph 83 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

84.    Answering Paragraph 84 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

85.    Answering Paragraph 85 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

D.    Plaintiff's experience with Defendants JCL and Air Products

86.    Answering Paragraph 86 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

87.    Answering Paragraph 87 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

DOCUMENT PREPARED
ON RECYCLED PAPER

DEFENDANT PHILLIPS 66 COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT

88.     Answering Paragraph 88 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

89.     Answering Paragraph 89 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

90.     Answering Paragraph 90 of the Complaint, Defendant acknowledges Plaintiff's citation to written materials, and asserts the actual language of, and context within, those documents speaks for itself.  As to the remaining allegations, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

91.     Answering Paragraph 91 of the Complaint, Defendant acknowledges Plaintiff's citation to written materials, and asserts the actual language of, and context within, those documents speaks for itself.  As to the remaining allegations, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

92.     Answering Paragraph 92 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

93.     Answering Paragraph 93 of the Complaint, Defendant acknowledges Plaintiff's citation to written materials, and asserts the actual language of, and context within, those documents speaks for itself.  As to the remaining allegations, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

94.     Answering Paragraph 94 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

DOCUMENT PREPARED
ON RECYCLED PAPER

DEFENDANT PHILLIPS 66 COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT

95.    Answering Paragraph 95 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

96.    Answering Paragraph 96 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

97.    Answering Paragraph 97 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

E.    Plaintiff's experience with Phillips 66

98.    Answering Paragraph 98 of the Complaint, Defendant admits that it refines, processes, transports, and sells various petrochemical products and owns several refineries.  Defendant admits it utilizes services of DISA and HASC to obtain contractors.  As to the remainder of the paragraph, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

99.    Answering Paragraph 99 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

100.    Answering Paragraph 100 of the Complaint, Defendant admits it operates an oil refinery in Wilmington, California.  As to the remainder of the paragraph, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

101.    Answering Paragraph 101 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

DOCUMENT PREPARED ON RECYCLED PAPER

DEFENDANT PHILLIPS 66 COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT

102.    Answering Paragraph 102 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

103.    Answering Paragraph 103 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

104.    Answering Paragraph 104 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

105.    Answering Paragraph 105 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

F.    Plaintiff's post-denial efforts

106.    Answering Paragraph 106 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

107.    Answering Paragraph 107 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

108.    Answering Paragraph 108 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

109.    Answering Paragraph 109 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

110.    Answering Paragraph 110 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

DOCUMENT PREPARED ON RECYCLED PAPER

G.    <u>Statistical disparities in California's criminal legal system</u>

111.    Answering Paragraph 111 of the Complaint, acknowledges Plaintiff's citation to written materials, and asserts the actual language of, and context within, those documents speaks for itself.    Otherwise, the allegations in the paragraph constitute a legal conclusion for which no response is required.    To the extent that a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

112.    Answering Paragraph 112 of the Complaint, acknowledges Plaintiff's citation to written materials, and asserts the actual language of, and context within, those documents speaks for itself.    Otherwise, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

113.    Answering Paragraph 113 of the Complaint, acknowledges Plaintiff's citation to written materials, and asserts the actual language of, and context within, those documents speaks for itself.    Otherwise, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

114.    Answering Paragraph 114 of the Complaint, acknowledges Plaintiff's citation to written materials, and asserts the actual language of, and context within, those documents speaks for itself.    Otherwise, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

115.    Answering Paragraph 115 of the Complaint, acknowledges Plaintiff's citation to written materials, and asserts the actual language of, and context within, those documents speaks for itself.    Otherwise, the allegations in the paragraph constitute a legal conclusion for which no response is required.    To the extent that a response is required, Defendant is without sufficient knowledge or information to

DOCUMENT PREPARED
ON RECYCLED PAPER

form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

116.    Answering Paragraph 116 of the Complaint, acknowledges Plaintiff's citation to written materials, and asserts the actual language of, and context within, those documents speaks for itself.    Otherwise, the allegations in the paragraph constitute a legal conclusion for which no response is required.    To the extent that a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

117.    Answering Paragraph 117 of the Complaint, acknowledges Plaintiff's citation to written materials, and asserts the actual language of, and context within, those documents speaks for itself.    Otherwise, the allegations in the paragraph constitute a legal conclusion for which no response is required.    To the extent that a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

### EXHAUSTION OF ADMINISTRATIVE REMEDIES

118.    Answering Paragraph 118 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

119.    Answering Paragraph 119 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

DOCUMENT PREPARED ON RECYCLED PAPER

### FIRST CAUSE OF ACTION
### Violation of the California Fair Chance Act,
### California Government Code § 12952
### Against All Defendants

120.    Defendant acknowledges Plaintiff's incorporation of all foregoing paragraphs.  Defendant likewise incorporates each of its answers and/or responses to each of the foregoing paragraphs as if fully set forth herein.

121.    Answering Paragraph 121, the allegations constitute legal conclusions to which no answer or response is required.  To the extent that a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

122.    Answering Paragraph 122, the allegations constitute legal conclusions to which no answer or response is required.  To the extent that a response is required, Defendant denies it is involved in the hiring or firing of employees of its contractors.  As to the remaining allegations, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

123.    Answering Paragraph 123, the allegations constitute legal conclusions to which no answer or response is required.  To the extent that a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

### Gov. C. § 12952(c)(1)

124.    Answering Paragraph 124, Defendant acknowledges Plaintiff's citation to statutory materials, and asserts the actual language of, and context within, those documents speaks for itself.  To the extent that a response is required, Defendant admits the allegation.

DOCUMENT PREPARED
ON RECYCLED PAPER

125.   Answering Paragraph 125, Defendant acknowledges Plaintiff's citation to statutory materials, and asserts the actual language of, and context within, those documents speaks for itself.  To the extent that a response is required, Defendant admits the allegation.

126.   Answering Paragraph 126, the allegations constitute legal conclusions to which no answer or response is required.  To the extent that a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

127.   Answering Paragraph 127, Defendant acknowledges the referenced to written materials, and asserts the actual language of, and context within, those documents speaks for itself.  As to the remainder of the paragraph, the allegations constitute legal conclusions to which no answer or response is required.  To the extent that a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

128.   Answering Paragraph 128, Defendant acknowledges the referenced to written materials, and asserts the actual language of, and context within, those documents speaks for itself.  As to the remainder of the paragraph, the allegations constitute legal conclusions to which no answer or response is required.  To the extent that a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

129.   Answering Paragraph 129, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

DOCUMENT PREPARED ON RECYCLED PAPER

DEFENDANT PHILLIPS 66 COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT

130.   Answering Paragraph 130, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

131.   Answering Paragraph 131, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

132.   Answering Paragraph 132, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

133.   Answering Paragraph 133, the allegations constitute legal conclusions to which no answer or response is required.  To the extent that a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

134.   Answering Paragraph 134, the allegations constitute legal conclusions to which no answer or response is required.  To the extent that a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

## **Gov. C., § 12952(c)(2)**

135.   Answering Paragraph 135, Defendant acknowledges the referenced to statutory materials, and asserts the actual language of, and context within, those documents speaks for itself.  To the extent that a response is required, Defendant admits the allegations.

136.   Answering Paragraph 136, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

DOCUMENT PREPARED ON RECYCLED PAPER

DEFENDANT PHILLIPS 66 COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT

137.   Answering Paragraph 137, Defendant acknowledges the referenced to written materials, and asserts the actual language of, and context within, those documents speaks for itself.  To the extent that a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

138.   Answering Paragraph 138, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

139.   Answering Paragraph 139, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

140.   Answering Paragraph 140, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

141.   Answering Paragraph 141, the allegations constitute legal conclusions to which no answer or response is required.  To the extent that a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

## Gov. C., § 12952(c)(4)

142.   Answering Paragraph 142, Defendant acknowledges the referenced to statutory materials, and asserts the actual language of, and context within, those documents speaks for itself.  Otherwise, the allegations constitute legal conclusions to which no answer or response is required.  To the extent that a response is required, Defendant admits the allegation.

143.   Answering Paragraph 143, Defendant acknowledges the referenced to written materials, and asserts the actual language of, and context within, those documents speaks for itself.  As to the remainder of the paragraph, the allegations

DOCUMENT PREPARED ON RECYCLED PAPER

constitute legal conclusions to which no answer or response is required.  To the extent that a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

144.   Answering Paragraph 144, Defendant acknowledges the referenced to written materials, and asserts the actual language of, and context within, those documents speaks for itself.  As to the remainder of the paragraph, the allegations constitute legal conclusions to which no answer or response is required.  To the extent that a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

145.   Answering Paragraph 145, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

146.   Answering Paragraph 146, the allegations constitute legal conclusions to which no answer or response is required.  To the extent that a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

147.   Answering Paragraph 147, the allegations constitute legal conclusions to which no answer or response is required.  To the extent that a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

## **Gov. C. § 12952(c)(5)**

148.   Answering Paragraph 148, Defendant acknowledges the referenced to statutory materials, and asserts the actual language of, and context within, those documents speaks for itself.  Otherwise, the allegations constitute legal conclusions

DOCUMENT PREPARED ON RECYCLED PAPER

to which no answer or response is required.  To the extent that a response is required, Defendant admits the allegations.

149.   Answering Paragraph 149, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

150.   Answering Paragraph 150, Defendant acknowledges the referenced to written materials, and asserts the actual language of, and context within, those documents speaks for itself.  To the extent that a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

151.   Answering Paragraph 151, the allegations constitute legal conclusions to which no answer or response is required.  To the extent that a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

152.   Answering Paragraph 152, Defendant acknowledges the referenced to written materials, and asserts the actual language of, and context within, those documents speaks for itself.  As to the remainder of the paragraph, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

153.   Answering Paragraph 153, Defendant acknowledges the referenced to written materials, and asserts the actual language of, and context within, those documents speaks for itself.  As to the remainder of the paragraph, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

154.   Answering Paragraph 154, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

DOCUMENT PREPARED
ON RECYCLED PAPER

155.  Answering Paragraph 155, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

156.  Answering Paragraph 156, the allegations constitute legal conclusions to which no answer or response is required.  To the extent that a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

### SECOND CAUSE OF ACTION
### Violation of the California Fair Chance Act,
### California Government Code § 12952
### Against Defendants DISA, Phillips 66, NABSC, and HASC

157.  Defendant acknowledges Plaintiff's incorporation of all foregoing paragraphs.  Defendant likewise incorporates each of its answers and/or responses to each of the foregoing paragraphs as if fully set forth herein.

158.  Answering Paragraph 158, the allegations constitute legal conclusions to which no answer or response is required.  To the extent that a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

### Gov. C. § 12952(a)(2)

159.  Answering Paragraph 159, Defendant acknowledges the referenced to statutory materials, and asserts the actual language of, and context within, those documents speaks for itself. Otherwise, the allegations constitute legal conclusions to which no answer or response is required.  To the extent that a response is required, Defendant admits the allegations.

160.  Answering Paragraph 160, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

DOCUMENT PREPARED ON RECYCLED PAPER

161.   Answering Paragraph 161, the allegations constitute legal conclusions to which no answer or response is required.  To the extent that a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

162.   Answering Paragraph 162, the allegations constitute legal conclusions to which no answer or response is required.  To the extent that a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

## THIRD CAUSE OF ACTION
### Race Discrimination (adverse impact) in Violation of the California FEHA, as amended, California Government Code § 12940, et seq.
### Against All Defendants

163.   Defendant acknowledges Plaintiff's incorporation of all foregoing paragraphs.  Defendant likewise incorporates each of its answers and/or responses to each of the foregoing paragraphs as if fully set forth herein.

164.   Answering Paragraph 164, Defendant acknowledges the referenced to statutory materials, and asserts the actual language of, and context within, those documents speaks for itself. Otherwise, the allegations constitute legal conclusions to which no answer or response is required.  To the extent that a response is required, Defendant admits the allegations.

165.   Answering Paragraph 165, Defendant acknowledges the referenced to statutory materials, and asserts the actual language of, and context within, those documents speaks for itself. Otherwise, the allegations constitute legal conclusions to which no answer or response is required.  To the extent that a response is required, Defendant admits the allegations.

166.   Answering Paragraph 166, the allegations constitute legal conclusions to which no answer or response is required.  To the extent that a response is required,

DOCUMENT PREPARED
ON RECYCLED PAPER

Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

167.    Answering Paragraph 167, the allegations constitute legal conclusions to which no answer or response is required.  To the extent that a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

168.    Answering Paragraph 168, the allegations constitute legal conclusions to which no answer or response is required.  To the extent that a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

169.    Answering Paragraph 169, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

170.    Answering Paragraph 170, Defendant admits it sets a maximum background screen grade for a Contractor Employee to be eligible for assignment to its facilities.  Defendant denies it had complete discretion to grant Plaintiff a waiver for assignment at its facility.  Otherwise, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

171.    Answering Paragraph 171, the allegations constitute legal conclusions to which no answer or response is required.  To the extent that a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

DOCUMENT PREPARED ON RECYCLED PAPER

DEFENDANT PHILLIPS 66 COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT

172.    Answering Paragraph 172, the allegations constitute legal conclusions to which no answer or response is required.  To the extent that a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

173.    Answering Paragraph 173, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

174.    Answering Paragraph 174, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

175.    Answering Paragraph 175, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

176.    Answering Paragraph 176, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

177.    Answering Paragraph 177, Defendant acknowledges Plaintiff's citation to written materials, and asserts the actual language of, and context within, those documents speaks for itself.  As to the remaining allegations, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

178.    Answering Paragraph 178, Defendant acknowledges Plaintiff's citation to written materials, and asserts the actual language of, and context within, those documents speaks for itself.  As to the remaining allegations, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

DOCUMENT PREPARED ON RECYCLED PAPER

179.    Answering Paragraph 179, the allegations constitute legal conclusions to which no answer or response is required.  To the extent that a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

180.    Answering Paragraph 180, the allegations constitute legal conclusions to which no answer or response is required.  To the extent that a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

181.    Answering Paragraph 181, the allegations constitute legal conclusions to which no answer or response is required.  To the extent that a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

182.    Answering Paragraph 182, the allegations constitute legal conclusions to which no answer or response is required.  To the extent that a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

183.    Answering Paragraph 183, the allegations constitute legal conclusions to which no answer or response is required.  Defendant denies that Plaintiff is entitled to any damages.  To the extent that a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

## FOURTH CAUSE OF ACTION
### Aiding and Abetting Noncompliance in Violation of the FEHA, California Government Code § 12940, *et seq.*
### Against Defendants DISA, Air Products, and Phillips 66, NABSC, and HASC

184. Defendant acknowledges Plaintiff's incorporation of all foregoing paragraphs. Defendant likewise incorporates each of its answers and/or responses to each of the foregoing paragraphs as if fully set forth herein.

185. Answering Paragraph 185, Defendant acknowledges the referenced to statutory materials, and asserts the actual language of, and context within, those documents speaks for itself. Otherwise, the allegations constitute legal conclusions to which no answer or response is required. To the extent that a response is required, Defendant admits the allegations.

186. Answering Paragraph 186, Defendant acknowledges the referenced to statutory materials, and asserts the actual language of, and context within, those documents speaks for itself. Otherwise, the allegations constitute legal conclusions to which no answer or response is required. To the extent that a response is required, Defendant admits the allegations.

187. Answering Paragraph 187, Defendant the allegations constitute legal conclusions to which no answer or response is required. To the extent that a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

188. Answering Paragraph 188, the allegations constitute legal conclusions to which no answer or response is required. To the extent that a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

189. Answering Paragraph 189, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis

DOCUMENT PREPARED ON RECYCLED PAPER

denies each and every allegation contained therein.

190.    Answering Paragraph 190, Defendant admits it designated a maximum background screen grade to determine which Contractor Employees are eligible to access its sites.  Otherwise, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

191.    Answering Paragraph 191, the allegations constitute legal conclusions to which no answer or response is required.  To the extent that a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

192.    Answering Paragraph 192, the allegations constitute legal conclusions to which no answer or response is required.  To the extent that a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

193.    Answering Paragraph 193, the allegations constitute legal conclusions to which no answer or response is required.  To the extent that a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

194.    Answering Paragraph 194, the allegations constitute legal conclusions to which no answer or response is required.  Defendant denies Plaintiff is entitled to any damages.   To the extent that a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

DOCUMENT PREPARED
ON RECYCLED PAPER

1

2

3

## FIFTH CAUSE OF ACTION
### Violation of the California Investigative Consumer Reporting Agencies Act, Cal. Civ. Code § 1786.12
### Against Defendants DISA, NABSC, and HASC

4    195.    Defendant acknowledges Plaintiff's incorporation of all foregoing

5    paragraphs.  Defendant likewise incorporates each of its answers and/or responses to

6    each of the foregoing paragraphs as if fully set forth herein.

7    196.    Answering Paragraph 196, Defendant acknowledges the referenced to

8    statutory materials, and asserts the actual language of, and context within, those

9    documents speaks for itself. Otherwise, the allegations constitute legal conclusions

10    to which no answer or response is required.  To the extent that a response is required,

11    Defendant admits the allegations.

12    197.    Answering Paragraph 197, the allegations constitute legal conclusions

13    to which no answer or response is required.  To the extent that a response is required,

14    Defendant is without sufficient knowledge or information to form a belief as to the

15    truth of the allegations, and on that basis denies each and every allegation contained

16    therein.

17    198.    Answering Paragraph 198, the allegations constitute legal conclusions

18    to which no answer or response is required.  To the extent that a response is required,

19    Defendant is without sufficient knowledge or information to form a belief as to the

20    truth of the allegations, and on that basis denies each and every allegation contained

21    therein.

22    199.    Answering Paragraph 199, the allegations constitute legal conclusions

23    to which no answer or response is required.  To the extent that a response is required,

24    Defendant is without sufficient knowledge or information to form a belief as to the

25    truth of the allegations, and on that basis denies each and every allegation contained

26    therein.

27    200.    Answering Paragraph 200, the allegations constitute legal conclusions

28    to which no answer or response is required.  To the extent that a response is required,

DOCUMENT PREPARED ON RECYCLED PAPER

Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

201.   Answering Paragraph 201, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

202.   Answering Paragraph 202, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

203.   Answering Paragraph 203, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

204.   Answering Paragraph 204, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

205.   Answering Paragraph 205, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

206.   Answering Paragraph 206, the allegations constitute legal conclusions to which no answer or response is required.  To the extent that a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

207.   Answering Paragraph 207, the allegations constitute legal conclusions to which no answer or response is required.  To the extent that a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

DOCUMENT PREPARED ON RECYCLED PAPER

DEFENDANT PHILLIPS 66 COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT

208.   Answering Paragraph 208, the allegations constitute legal conclusions to which no answer or response is required.  To the extent that a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

209.   Answering Paragraph 209, the allegations constitute legal conclusions to which no answer or response is required.  To the extent that a response is required, Defendant denies that Plaintiff is entitled to any damages.   As to the remaining allegations, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

### SIXTH CAUSE OF ACTION
### Violation of the California Investigative Consumer Reporting Agencies Act, Cal Civ. Code § 1786.18(a)(7) Against Defendant DISA

210.   Defendant acknowledges Plaintiff's incorporation of all foregoing paragraphs.  Defendant likewise incorporates each of its answers and/or responses to each of the foregoing paragraphs as if fully set forth herein.

211.   Answering Paragraph 211, Defendant acknowledges the referenced to statutory materials, and asserts the actual language of, and context within, those documents speaks for itself. Otherwise, the allegations constitute legal conclusions to which no answer or response is required.  To the extent that a response is required, Defendant admits the allegations.

212.   Answering Paragraph 212, the allegations constitute legal conclusions to which no answer or response is required.  To the extent that a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

DEFENDANT PHILLIPS 66 COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT

DOCUMENT PREPARED
ON RECYCLED PAPER

213.    Answering Paragraph 213, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

214.    Answering Paragraph 214, the allegations constitute legal conclusions to which no answer or response is required.  To the extent that a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

215.    Answering Paragraph 215, the allegations constitute legal conclusions to which no answer or response is required.  To the extent that a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

216.    Answering Paragraph 216, the allegations constitute legal conclusions to which no answer or response is required.  To the extent that a response is required, Defendant denies that Plaintiff is entitled to any damages.  As to the remaining allegations, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

217.    Answering Paragraph 217, the allegations constitute legal conclusions to which no answer or response is required.  To the extent that a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

218.    Answering Paragraph 218, the allegations constitute legal conclusions to which no answer or response is required.  To the extent that a response is required, Defendant is without sufficient knowledge or information to form a belief as to the

DOCUMENT PREPARED ON RECYCLED PAPER

DEFENDANT PHILLIPS 66 COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT

truth of the allegations, and on that basis denies each and every allegation contained therein.

219.   Answering Paragraph 219, the allegations constitute legal conclusions to which no answer or response is required.  To the extent that a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

## PRAYER FOR RELIEF

Defendant denies all the allegations and requested relief set forth in Plaintiff's Prayer for Relief, and denies Plaintiff is entitled to any of the relief requested.

## AFFIRMATIVE DEFENSES

Without assuming the burden of proof that it would not otherwise have, Defendant pleads the following affirmative defenses and other defensive issues, and reserves the right to amend and/or supplement this Answer, or any amendment or supplement hereto, to include additional affirmative defenses or other defensive issues as additional information becomes available in this litigation.

## FIRST AFFIRMATIVE DEFENSE

Defendant alleges that Plaintiff's claims are barred because Plaintiff has failed to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

Defendant alleges that Plaintiff's claims are barred by the doctrine of waiver, estoppel, and consent.

## THIRD AFFIRMATIVE DEFENSE

Defendant alleges that Plaintiff's claims are barred by the doctrine of laches.

## FOURTH AFFIRMATIVE DEFENSE

Defendant alleges that Plaintiff's claims are barred by the doctrine of unclean hands and after-acquired evidence to the extent that discovery may reveal information which would support these defenses.

DOCUMENT PREPARED
ON RECYCLED PAPER

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint is barred because Defendants had sufficient and nondiscriminatory cause with respect to its alleged conduct and because the acts complained of within Plaintiff's Complaint do not trigger any fundamental public policy that was based on some statute or constitutional protection.

## SIXTH AFFIRMATIVE DEFENSE

The Complaint and each of its causes of actions are barred because all acts of Defendants were done in good faith and motivated by legitimate, non-retaliatory and non-discriminatory reasons that were no related to Plaintiff's protected category.

## SEVENTH AFFIRMATIVE DEFENSE

Defendant alleges that if Plaintiff has suffered any damages, such damages were proximately caused by Plaintiff's own action or breaches or acts of third parties over which Defendants had no control.

## EIGHTH AFFIRMATIVE DEFENSE

The Complaint and each of its causes of actions are barred because all acts of Defendants were privileged and done with good cause.

## NINTH AFFIRMATIVE DEFENSE

Defendant alleges that Plaintiff's claims are barred because Defendants were not Plaintiff's employer during the time period alleged in Plaintiff's Complaint.

## TENTH AFFIRMATIVE DEFENSE

Defendant alleges that Plaintiff's claims are barred by the doctrine of excuse.

## TENTH AFFIRMATIVE DEFENSE

Defendant alleges that Plaintiff's claims are barred because Plaintiff has failed to exhaust administrative remedies required by state or federal laws, including but not limited to the California Fair Employment and Housing Act ("FEHA"), California Government Code, Section 12920 et. Seq., or to the extent their claims exceed the scope of any administrative claims which may have been filed by them.

DOCUMENT PREPARED
ON RECYCLED PAPER

### ELEVENTH AFFIRMATIVE DEFENSE

Insofar as Plaintiff seeks to recover for alleged violations of the FEHA based on alleged incidents occurring prior to three years before the filing of her administration charge, if any, Plaintiff is not entitled to any relief for any such incidents.

### TWELFTH AFFIRMATIVE DEFENSE

Defendant has retained attorneys in defense of Plaintiff's frivolous, unfounded, and unreasonable action and are thereby entitled to an award of attorney's fees pursuant to Government Code section 12965, California Labor Code section 218.5 and California Code of Civil Procedure section 1021.5, upon judgment therein in its favor.

### THIRTEENTH AFFIRMATIVE DEFENSE

Defendant alleges that, at all relevant times, Defendant acted in accordance with its responsibility under all applicable laws and did not engage in any willful and/or negligent conduct with respect to the Plaintiff.

### FOURTEENTH AFFIRMATIVE DEFENSE

Defendant alleges that if Plaintiff suffered any emotional distress, which Defendant denies, Plaintiff contributed to her own distress and by reason of her contribution, any remedy to which she might otherwise be entitled must be denied or reduced accordingly.

### FIFTEENTH AFFIRMATIVE DEFENSE

Defendant alleges that any conduct attributable to it by Plaintiff was justified by business necessity and/or for lawful business reasons.

### SIXTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred in whole or in part because Plaintiff's has not suffered any damages, or the alleged damages are too speculative or uncertain.

### SEVENTEENTH AFFIRMATIVE DEFENSE

Plaintiff's prayer for punitive or exemplary damages is barred in that Plaintiff

DOCUMENT PREPARED ON RECYCLED PAPER

DEFENDANT PHILLIPS 66 COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT

has failed to allege sufficient facts of malice, oppression, or fraud and cannot comply with the requirements of Civil Code section 3294.

### EIGHTEENTH AFFIRMATIVE DEFENSE

Any award of punitive damages as sought by Plaintiff would violate the due process and excess fines clauses of the Fifth, Eight, and Fourteenth Amendment of the United States Constitution, as well as the Constitution of the State of California.

### NINETEENTH AFFIRMATIVE DEFENSE

Defendant alleges that Plaintiff's claims are barred by the doctrine of unjust enrichment.

### TWENTIETH AFFIRMATIVE DEFENSE

Defendant alleges that each of Plaintiff's claims are barred either in whole or in part by Plaintiff's failure to mitigate her alleged damages.

### TWENTY-FIRST AFFIRMATIVE DEFENSE

Defendant alleges that any alleged entitlement to recovery is limited because, without admitting the existence of any duties or obligations as alleged in the Complaint, Defendants have fully performed, satisfied, or discharged any obligations which Plaintiff claims are owed to her.

### TWENTY-SECOND AFFIRMATIVE DEFENSE

Plaintiff's Complaint, and each cause of action contained therein, is barred by the applicable statute of limitations, including but not limited to those set forth in California Code of Civil Procedure sections 312, 335.1, 337, 338, 339, 340, 342 and 343; California Business and Professions Code section 17208; and California Government Code sections 12960 and 12965(b).

### TWENTY-THIRD AFFIRMATIVE DEFENSE

Defendant alleges that it has insufficient knowledge or information upon which to form a belief as to whether it may have additional, as yet unstated, separate defenses available. Defendant reserves the right to amend its Answer to add, delete, or modify defenses based upon new legal theories, which may or will be divulged

DEFENDANT PHILLIPS 66 COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT

DOCUMENT PREPARED
ON RECYCLED PAPER

through discovery or through further legal investigation of Plaintiff's position in this dispute.

### **DEFENDANT'S PRAYER FOR RELIEF**

For these reasons, Defendant respectfully requests that this Court deny Plaintiff's claims against Defendant in their entirety, enter judgment in favor of Defendant and against Plaintiff, and grant Defendant such other and further relief to which Defendant may be entitled at law or in equity, as the Court deems just and proper.

Dated:  October 22, 2024         **NORTON ROSE FULBRIGHT US LLP**


By:___*/s/ Jenny Choi*_____
    Jenny Choi
    Attorneys for PHILLIPS 66 COMPANY

DOCUMENT PREPARED
ON RECYCLED PAPER

DEFENDANT PHILLIPS 66 COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT