Christian Schreiber (SBN 245597)
christian@os-legal.com
Monique Olivier (SBN 190385)
monique@os-legal.com
OLIVIER & SCHREIBER PC
475 14th Street, Suite 250
Oakland, CA 94612
Tel: (415) 484-0980
Fax: (415) 658-7758

Rachel Bien (SBN 315886)
rachel@os-legal.com
Owen Monkemeier (SBN 336476)
owen@os-legal.com
OLIVIER & SCHREIBER PC
595 E. Colorado Blvd., Suite 418
Pasadena, CA 91101
Tel: (415) 484-0980

*Attorneys for Plaintiff JANE ROE*

*[Additional Counsel listed on Signature Page]*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE,<br><br>         Plaintiff,<br><br>    v.<br><br>DISA GLOBAL SOLUTIONS, INC; JCL SAFETY SERVICES; AIR PRODUCTS AND CHEMICALS, INC; PHILLIPS 66; NORTH AMERICAN BACKGROUND SCREENING CONSORTIUM; HEALTH AND SAFETY COUNCIL; and DOES 1-10, inclusive,<br><br>         Defendants. | Case No: 2:24-cv-08380-MCS-PVC<br><br>*Assigned to Judge Mark C. Scarsi; Referred to Magistrate Judge Pedro V. Castillo*<br><br>**DECLARATION OF OWEN MONKEMEIER IN SUPPORT OF PLAINTIFF'S APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>**Complaint Filed:** August 8, 2024<br>**Notice of Removal:** September 30, 2024 |

I, Owen Monkemeier, declare as follows:

1. I am a member of the State Bar of California and admitted to practice law in all the courts of the State of California and in the United States District Court for the Central District of California. I am in good standing with the Bar and with this Court. I am an associate in the law firm Olivier & Schreiber PC ("OS"), and together with Root & Rebound and Legal Aid at Work, OS represents Plaintiff Jane Roe in the above-captioned matter.

2. I submit this Declaration pursuant to L.R. 79-5.2.2(a)(i) in support of Plaintiff's Application for Leave to File Documents Under Seal (the "Application").

3. There is good cause for filing under seal the Declaration of Plaintiff (the "Declaration") in support of her Motion to Proceed Pseudonymously (the "Motion") for the reasons below.

4. First, the Declaration falls within the exception to the presumption of public access to judicial records for documents attached to non-dispositive motions because it is not directly relevant to the merits of the case. *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179-80 (9th Cir. 2006). Accordingly, Plaintiff need only show good cause for sealing her Declaration.

5. Second, the facts included in the Declaration are highly sensitive, personal, and involve the circumstances of Plaintiff's past criminal conviction under a now-unconstitutional statute, the Court's 2017 Order vacating Plaintiff's sentence, the Court's resentencing decision, and the stigma Plaintiff faces as a person with a conviction history. Plaintiff's Motion seeks to preserve her anonymity to protect against the invasion of her privacy and harm and retaliation from third parties. The harm threatened by the public disclosure of Plaintiff's identity in connection with these sensitive facts—the invasion of her privacy and discriminatory harm and retaliation from prospective employers and others—is the same harm that Plaintiff seeks to avoid by bringing her Motion to protect her anonymity in the litigation. The Motion would be moot were Plaintiff required to

disclose her name in her supporting Declaration.

6. Third, district courts in the Ninth Circuit routinely grant leave to file documents under seal that disclose the identity of a party seeking anonymity pending resolution of similar motions. *See, e.g.*, *Doe v. U.S. Dep't of Homeland Sec.*, 2024 WL 466825, at *1 (C.D. Cal. Jan. 12, 2024 ("[A] plaintiff who files a complaint under a pseudonym, must also file a declaration or affidavit disclosing his name, which may be filed under seal with leave of the Court."); *Doe v. United States*, 2020 WL 7388095, at *1 (E.D. Cal. Dec. 16, 2020) ("Plaintiff's request to file notice of his identity under seal was granted pending resolution of the current motion [to file pseudonymous proceedings]."); *Balance Studio, Inc. v. Cybernet Ent., LLC*, 204 F. Supp. 3d 1098, 1101 (N.D. Cal. 2016) (counter-defendant filed declaration disclosing her name under seal in support of her motion to proceed pseudonymously).

7. Pursuant to L.R. 79-5.2.2(a) and the Initial Standing Order for Civil Cases Assigned to the Honorable Mark C. Scarsi, Plaintiff has filed with this Court the Unredacted Declaration of Plaintiff in support of her Motion to Proceed Pseudonymously provisionally under seal, as well as the Redacted Declaration of Plaintiff in support of her Motion to Proceed Pseudonymously, and a proposed order.

8. Defendants DISA Global Solutions, Inc., JCL Safety Services, Air Products and Chemicals, Inc., Phillips 66 Company, and Health and Safety Council do not oppose this Application, provided that their non-opposition is without prejudice as to their position on Plaintiff's Motion to Proceed Pseudonymously.

9. Pursuant to L.R. 79-5 and the Standing Order, on October 31, 2024, Plaintiff's counsel e-mailed counsel for all Defendants to inform them of Plaintiff's intent to file this Application, and to request conferences to discuss the bases for the Application.

10. On November 1, 2024, counsel for Defendant DISA Global Solutions, Inc. ("DISA"), Yoon-Woo Nam, informed me via e-mail that DISA does not oppose the Application.

11. On November 4, 2024, counsel for Defendant Health and Safety Council, Aleksandr Markelov, informed me via e-mail that Health and Safety Council does not oppose the Application.

12. On November 7, 2024, pursuant to L.R. 7-3, I convened a meet and confer telephone call with counsel for Defendant Air Products and Chemicals, Inc. ("Air Products"), Paul Evans, to discuss the substance of Application and any potential resolution. Later the same day, counsel confirmed via e-mail that Air Products does not oppose the Application, provided that its non-opposition is without prejudice as to its position on Plaintiff's Motion to Proceed Pseudonymously.

13. On November 8, 2024, pursuant to L.R. 7-3, I convened a meet and confer telephone call with counsel for Defendant JCL Safety Services, Africa Davidson and Michael Wilbur, to discuss the substance of Application and any potential resolution. Later the same day, counsel confirmed via e-mail that JCL Safety Services does not oppose the Application, provided that its non-opposition is without prejudice as to its position on Plaintiff's Motion to Proceed Pseudonymously.

14. On November 8, 2024, pursuant to L.R. 7-3, I also convened a meet and confer telephone call with counsel for Defendant Phillips 66 Company, Jenny Choi, to discuss the substance of Application and any potential resolution. On November 15, 2024, counsel confirmed via e-mail that Phillips 66 Company does not oppose the Application.

15. On September 16, 2024, Defendant North American Background Screening Consortium ("NABSC") was served a copy of the summons and complaint via substituted service on its member authorized to accept service of process, Defendant Health and Safety Council. A true and correct copy of the Proof of Service of Summons is attached hereto as **Exhibit A**. NABSC has not yet appeared in this action, and accordingly counsel for Plaintiff was unable to confer with counsel for NABSC regarding the Application.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 15, 2024 at Pasadena, California.

/s/ *Owen Monkemeier*
Owen Monkemeier (SBN 336476)

*Attorneys for Plaintiff*
JANE ROE

*Additional Counsel for Plaintiff:*

Joshua Kim (SBN 257260)
jkim@rootandrebound.org
Amanda Carlin (SBN 348230)
acarlin@rootandrebound.org
ROOT & REBOUND
1610 Harrison Street, Ste. E-East
Oakland, CA 94612
Tel: (510) 225-6983

Stacy Villalobos (SBN 306710)
svillalobos@legalaidatwork.org
Molly Kim Lao (SBN 339621)
mlao@legalaidatwork.org
LEGAL AID AT WORK
180 Montgomery Street, Ste. 600
San Francisco, CA 94104-4244
Tel: (415) 864-8848

# EXHIBIT A

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Legal Aid society employment law center<br>Molly Lao SBN 339621<br>180 Montgomery suite 600<br>San francisco, CA 94104<br>TELEPHONE NO: (415) 864-8848   FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: mlao@legalaidatwork.org<br>ATTORNEY FOR *(Name)*: Plaintiff | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Los Angeles<br>STREET ADDRESS: 275 Magnolia Avenue<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Long Beach, 90802<br>BRANCH NAME: Gov Deukmejian | |
| PLAINTIFF / PETITIONER: JANE ROE<br>DEFENDANT / RESPONDENT: DISA GLOBAL SOLUTIONS, INC; et al. | CASE NUMBER:<br>24STCV20158 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>11801741 (23729662) |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] Summons
   b. [X] Complaint
   c. [X] Alternative Dispute Resolution (ADR) Package
   d. [X] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] Cross-Complaint
   f. [X] Other *(specify documents)*: Civil Case Cover Sheet Addendum and Statement of Location, Voluntary Efficient Litigation Stipulations, First Amended General Order, Minute Order Re: Non-Complex Determination, Minute Order Re Reassignment to an Independent Calendar Court, Minute Order re Order to Show Cause, Notice of Withdrawal of Sabina Crocette As Counsel of Record
3. a. Party served *(specify name of party as shown on documents served)*:
      NORTH AMERICAN BACKGROUND SCREENING CONSORTIUM
   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      Health and Safety Council - Person Authorized to Accept Service of Process
4. Address where the party was served:
   7720 Spencer Hwy, Pasadena, TX 77505
5. I served the party *(check proper box)*
   a. [ ] **by personal service**. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:                    (2) at *(time)*:
   b. [X] **by substituted service**. On *(date)*: Mon, Sep 16 2024      at *(time)*: 01:51 PM      I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      Don Owens, Director of health and safety council
      (1) [X] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [X] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:
         from *(city)*:                                          or [X] a declaration of mailing is attached.
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| PLAINTIFF / PETITIONER: JANE ROE | CASE NUMBER: |
|---|---|
| DEFENDANT / RESPONDENT: DISA GLOBAL SOLUTIONS, INC; et al. | 24STCV20158 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
   (1) on *(date)*:             (2) from *(city)*:
   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)
   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
   d. ☐ **by other means** *(specify means of service and authorizing code section)*:

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify)*: NORTH AMERICAN BACKGROUND SCREENING CONSORTIUM
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)                    ☒ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)            ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)                  ☐ 415.46 (occupant)
      ☐ other:

7. **Person who served papers**
   a. Name:                Byron Mcduffie
   b. Address:             1400 North McDowell Blvd Suite 300, Petaluma, CA  94954
   c. Telephone number:    800-938-8815
   d. **The fee** for service was:  $85.00
   e. I am:
      (1) ☒ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ a registered California process server:
         (i)  ☐ owner   ☐ employee   ☒ independent contractor
         (ii) Registration No:   N/A
         (iii) County:   N/A

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date:   September 16, 2024

Byron Mcduffie
(NAME OF PERSON WHO SERVED PAPERS / SHERIFF OR MARSHAL)

InfoTrack US, Inc. - P000634
1400 North McDowell Blvd Suite 300,
Petaluma, CA  94954
800-938-8815

*(signature)* By McDuff
(SIGNATURE)

MC-031

| PLAINTIFF / PETITIONER: JANE ROE | CASE NUMBER: |
| DEFENDANT / RESPONDENT: DISA GLOBAL SOLUTIONS, INC; et al. | 24STCV20158 |

## DECLARATION OF MAILING
(This form must be attached to another form or court paper before it can be filed in court.)

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 North McDowell Blvd Suite 300, Petaluma, CA 94954.

On 9/16/2024, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Summons, Civil Case Cover Sheet, Civil Case Cover Sheet Addendum and Statement of Location, Complaint, Alternative Dispute Resolution Information Package, Voluntary Efficient Litigation Stipulations, First Amended General Order , Minute Order Re: Non-Complex Determination , Minute Order Re Reassignment to an Independent Calendar Court , Minute Order re Order to Show Cause , Notice of Withdrawal of Sabina Crocette As Counsel of Record

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, CA, addressed as follows:

NORTH AMERICAN BACKGROUND SCREENING CONSORTIUM
Health and Safety Council - Person Authorized to Accept Service of Process
7720 Spencer Hwy
Pasadena, TX 77505.

**I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date: 9/16/2024

Sandra Alcala
(TYPE OR PRINT NAME)

*(signature)*
(SIGNATURE OF DECLARANT)

☐ Attorney for  ☐ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent   ☒ Other *(Specify):* InfoTrack US, Inc.

Form Approved for Optional Use
Judicial Council of California
MC-031 [Rev.July 1, 2005]

**ATTACHED DECLARATION**

Page 1 of 1