## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE,<br><br>　　Plaintiff,<br><br>　　v.<br><br>DISA GLOBAL SOLUTIONS, INC; JCL SAFETY SERVICES; AIR PRODUCTS AND CHEMICALS, INC; PHILLIPS 66; NORTH AMERICAN BACKGROUND SCREENING CONSORTIUM; HEALTH AND SAFETY COUNCIL; and DOES 1-10, inclusive,<br><br>　　Defendants. | Case No: 2:24-cv-08380-MCS-PVC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |

**[PROPOSED] ORDER**

The Court has reviewed Plaintiff's Application for Leave to File Under Seal ("Application") the Declaration of Plaintiff in support of her Motion to Proceed Pseudonymously ("Motion"), the accompanying Memorandum of Points and Authorities, the Declaration of Owen Monkemeier in support of the Application, the redacted version of Plaintiff's Declaration, and the unredacted version of the same Declaration filed provisionally under seal. Good cause appearing, the Application is **GRANTED**.

Plaintiff may file the following unredacted document under seal, with the redacted versions to remain on the public docket:

| Title of Document |
|---|
| Declaration of Plaintiff in support of Plaintiff's Motion to Proceed Pseudonymously |

**IT IS SO ORDERED.**

DATED: _____    _____
The Honorable Mark C. Scarsi
United States District Judge