Christian Schreiber (SBN 245597)
christian@os-legal.com
Monique Olivier (SBN 190385)
monique@os-legal.com
OLIVIER & SCHREIBER PC
475 14th Street, Suite 250
Oakland, CA 94612
Tel: (415) 484-0980
Fax: (415) 658-7758

Rachel Bien (SBN 315886)
rachel@os-legal.com
Owen Monkemeier (SBN 336476)
owen@os-legal.com
OLIVIER & SCHREIBER PC
595 E. Colorado Blvd., Suite 418
Pasadena, CA 91101
Tel: (415) 484-0980

*Attorneys for Plaintiff JANE ROE*

*[Additional Counsel listed on Signature Page]*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE,<br><br>    Plaintiff,<br><br>       v.<br><br>DISA GLOBAL SOLUTIONS, INC; JCL SAFETY SERVICES; AIR PRODUCTS AND CHEMICALS, INC; PHILLIPS 66; NORTH AMERICAN BACKGROUND SCREENING CONSORTIUM; HEALTH AND SAFETY COUNCIL; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No: 2:24-cv-08380-MCS-PVC<br><br>**REDACTED DECLARATION OF PLAINTIFF ▮▮▮▮▮▮ IN SUPPORT OF PLAINTIFF'S MOTION TO PROCEED PSEUDONYMOUSLY** |

1    I, ███████, declare, upon penalty of perjury under the laws of the United States,

2    the following:

3    1.    I am the Plaintiff in the above-captioned lawsuit. I have personal knowledge

4    of the facts set forth in this Declaration. I am competent to attest to these facts and would

5    do so if called to testify.

6    2.    I am an individual over 18 years of age and a resident of the State of

7    California.

8    3.    I submit this Declaration pursuant to L.R. 7-6 and 7-7 in support of Plaintiff's

9    Motion to Proceed Pseudonymously.

10    4.    I am African American.

11    5.    In 2019 and 2020, I applied to work at positions at oil refinery sites in

12    California with Defendants JCL Safety Services, Air Products and Chemicals, Inc., and

13    Phillips 66 Company.

14    6.    I am well-qualified for the positions I applied for.  At the time I applied, I

15    had undergone numerous trainings, received various certifications, and had previous

16    experience performing the job duties of the positions in question.

17    7.    At the time I applied, I also possessed a valid Transportation Worker

18    Identification Credential. I obtained this credential after passing a rigorous background

19    check by the U.S. Department of Homeland Security.

20    8.    I fear intrusion on my privacy rights and retaliation from prospective

21    employers and third parties if my identity is disclosed in the pending litigation.

22    9.    In 1993, I was convicted of conspiracy to commit armed bank robbery for

23    tampering with an ATM. I was sentenced to serve approximately 26.5 years in prison.

24    10.    In 2017, after serving about 25 years, this Court ruled that the statute under

25    which I was convicted was unconstitutional, vacated my conviction and sentence, and

26    resentenced me to 60 months.

27    11.    At the time I was resentenced, I had already been in prison for approximately

28    25 years, far more than the 60 months (or 5 years) that I had been resentenced to. I was

- 1 -

therefore released from prison in 2017.

12.    I fear that disclosing my past criminal conviction will result in intrusions on my privacy and retaliation from future potential employers and other third parties.

13.    Many employers and third parties associate criminal records with a range of undesirable characteristics and people with conviction histories face significant stigma.

14.    I have personally experienced this stigma associated with criminal convictions on various occasions.

15.    I also fear that I will experience harassment, ridicule, or embarrassment from employers and other third parties.

16.    On various occasions in the past, I have been ridiculed, harassed, or embarrassed because of my conviction history by third parties.

17.    I particularly fear that employers and other third parties will learn of my now-vacated conviction and sentence, which I understand would otherwise not be disclosed in a consumer report.

18.    I fear that if my identity is disclosed, my privacy will be intruded on further, particularly given the amount of time that has passed since the underlying conduct and the date I would have been released. More than 30 years have passed since the conduct underlying my conviction history. Based on my resentencing, I should have been released in around 1998—now more than 25 years ago.

19.    I also fear that my assertion of my rights in a lawsuit will exacerbate the stigma I already face and make it even harder to obtain future employment.

20.    I also fear that if my identity is disclosed, I will face further discrimination and harm not only in employment, but also in housing and social relationships.

21.    I do not seek to maintain anonymity from Defendants, but only from the public records associated with this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on ___Nov. 15___ 2024 at ___Chino___, California.

- 2 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REDACTED DECL. OF PLAINTIFF IN SUPPORT OF MOTION TO PROCEED PSEUDONYMOUSLY
CASE NO. 2:24-CV-08380-MCS-PVC