Christian Schreiber (SBN 245597)
christian@os-legal.com
Monique Olivier (SBN 190385)
monique@os-legal.com
OLIVIER & SCHREIBER PC
475 14th Street, Suite 250
Oakland, CA 94612
Tel: (415) 484-0980
Fax: (415) 658-7758

Rachel Bien (SBN 315886)
rachel@os-legal.com
Owen Monkemeier (SBN 336476)
owen@os-legal.com
OLIVIER & SCHREIBER PC
595 E. Colorado Blvd., Suite 418
Pasadena, CA 91101
Tel: (415) 484-0980

*Attorneys for Plaintiff JANE ROE*

*[Additional Counsel listed on Signature Page]*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>DISA GLOBAL SOLUTIONS, INC; JCL SAFETY SERVICES; AIR PRODUCTS AND CHEMICALS, INC; PHILLIPS 66; NORTH AMERICAN BACKGROUND SCREENING CONSORTIUM; HEALTH AND SAFETY COUNCIL; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No: 2:24-cv-08380-MCS-PVC<br><br>*Assigned to Judge Mark C. Scarsi; Referred to Magistrate Judge Pedro V. Castillo*<br><br>**PLAINTIFF'S NOTICE OF MOTION TO PROCEED PSEUDONYMOUSLY**<br><br>**Date:** December 16, 2024<br>**Time:** 9:00 a.m.<br>**Courtroom:** 7C<br><br>**Complaint Filed:** August 8, 2024<br>**Notice of Removal:** September 30, 2024 |

**PLEASE TAKE NOTICE** that on December 16, 2024 at 9:00 a.m. or as soon thereafter as this matter may be heard before the Honorable Mark C. Scarsi in Courtroom 7C of the above-entitled court located at 350 West First Street, Los Angeles, CA 90012, Plaintiff Jane Roe will, and hereby does, move to proceed pseudonymously to protect her anonymity throughout this litigation.

This Motion is made on the grounds that Plaintiff is permitted to proceed pseudonymously if her need for anonymity outweighs the prejudice to Defendants and the public's interest in knowing her identity. *Does 1 Thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1068 (9th Cir. 2000). Plaintiff reasonably fears intrusion of her privacy and harm and retaliation from prospective employers and others if her identity is disclosed. Plaintiff's interest in remaining anonymous outweighs any prejudice to Defendants, who already know Plaintiff's identity and can adequately develop their case accordingly. The public does not have a reasonable interest in Plaintiff proceeding publicly because the legal issues concern Defendants' background screening program—not Plaintiff's conduct or veracity. Finally, the public interest would be served by permitting Plaintiff to remain anonymous to remedy Defendants' allegedly unlawful program and encourage others to redress similar wrongs.

Pursuant to L.R. 7-3, on October 31, 2024, Plaintiff's counsel e-mailed counsel for all Defendants to inform them of Plaintiff's intent to file the Motion, and to request conferences to discuss the bases for the Motion with any Defendant that intends to oppose it. Declaration of Owen Monkemeier ¶ 3. On November 1 and 4, 2024, respectively, Defendants DISA Global Solutions, Inc. and Health and Safety Council informed Plaintiff that they do not oppose this Motion. *Id.* ¶¶ 4-5. Plaintiff's counsel convened conferences with counsel for Defendant Air Products and Chemicals, Inc., which took place on November 7, 2024, and with counsel for Defendants JCL Safety Services and Phillips 66 Company, which took place on November 8, 2024. *Id.* ¶¶ 6-8. Following these conferences, Defendant Phillips 66 Company advised Plaintiff that it does not oppose this Motion, and only Defendants Air Products and Chemicals, Inc. and JCL Safety Services

advised Plaintiff that they do intend to oppose this Motion.[1] *Id.* ¶¶ 6-8.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Owen Monkemeier, the Declaration of Plaintiff, and all papers and pleadings on file in this action and upon such other and further evidence and argument as may be presented to the Court in connection with this Motion. Concurrently with this Motion, Plaintiff filed an Application for Leave to File Under Seal her Declaration in support of this Motion, and provisionally filed under seal an unredacted version of her Declaration.

Dated: November 15, 2024

Respectfully Submitted,

OLIVIER & SCHREIBER PC
ROOT & REBOUND
LEGAL AID AT WORK

*/s/ Christian Schreiber*
Christian Schreiber (SBN 245597)

*Attorneys for Plaintiff*
JANE ROE

*Additional Counsel for Plaintiff:*

Joshua Kim (SBN 257260)
jkim@rootandrebound.org
Amanda Carlin (SBN 348230)
acarlin@rootandrebound.org
ROOT & REBOUND
1610 Harrison Street, Ste. E-East
Oakland, CA 94612

---

[1] Defendant North American Background Screening Consortium ("NABSC") was served a copy of the summons and complaint but has not yet appeared in this action. Declaration of Owen Monkemeier ¶ 9 and Ex. A. Accordingly, counsel for Plaintiff was unable to meet and confer with counsel for NABSC regarding this Motion. *Id.* ¶ 9.

1  Tel: (510) 225-6983
2
3  Stacy Villalobos (SBN 306710)
   svillalobos@legalaidatwork.org
4  Molly Kim Lao (SBN 339621)
5  mlao@legalaidatwork.org
6  LEGAL AID AT WORK
   180 Montgomery Street, Ste. 600
7  San Francisco, CA 94104-4244
8  Tel: (415) 864-8848
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28