# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>DISA GLOBAL SOLUTIONS, INC; JCL SAFETY SERVICES; AIR PRODUCTS AND CHEMICALS, INC; PHILLIPS 66; NORTH AMERICAN BACKGROUND SCREENING CONSORTIUM; HEALTH AND SAFETY COUNCIL; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No: 2:24-cv-08380-MCS-PVC<br><br>**[PROPOSED] ORDER GRANTING MOTION TO PROCEED PSEUDONYMOUSLY** |

# [PROPOSED] ORDER

The Court has reviewed the Notice of Motion to Proceed Pseudonymously filed by Plaintiff Jane Roe, the accompanying Memorandum of Points and Authorities, the Declaration of Owen Monkemeier, and the Declaration of Plaintiff. Good cause appearing thereon, the Motion is **GRANTED**.

Plaintiff may proceed pseudonymously as Jane Roe throughout this litigation. The Court orders Defendants not to publicly disclose Plaintiff's identity and to use only the pseudonym Jane Roe in all filings in this action.

**IT IS SO ORDERED.**

DATED: _____     _____
                         The Honorable Mark C. Scarsi
                         United States District Judge