| | |
|---|---|
| | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINA HARPER,<br><br>　　Plaintiff,<br><br>　　　v.<br><br>DISA GLOBAL SOLUTIONS, INC; JCL SAFETY SERVICES; AIR PRODUCTS AND CHEMICALS, INC; PHILLIPS 66; and HEALTH AND SAFETY COUNCIL,<br><br>　　Defendants. | Case No. 2:24-cv-08380-MCS-PVC<br><br>*Assigned to Judge Mark C. Scarsi; Referred to Magistrate Judge Pedro V. Castillo*<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF DEFENDANT HEALTH AND SAFETY COUNCIL (ECF No. 104)**<br><br>**FED. R. CIV. P. 41** |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Based on Plaintiff Trina Harper and Defendant Health and Safety Council's |
| 3 | (collectively, the "Parties") Stipulation of Dismissal filed on February 20, 2025 (ECF |
| 4 | No. 104), and good cause shown: |
| 5 | **IT IS HEREBY ORDERED:** |
| 6 | 1. The Parties' Stipulation to Dismiss Defendant Health and Safety Council |
| 7 | without prejudice is approved and granted; |
| 8 | 2. Defendant Health and Safety Council is dismissed from this action without |
| 9 | prejudice; and |
| 10 | 3. Each party is to bear their own costs and attorneys' fees. |
| 12 | **IT IS SO ORDERED.** |

Date: March 3, 2025

*Mark C. Scarsi*
Mark C. Scarsi
United States District Judge