# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINA HARPER,<br><br>   Plaintiff,<br><br>v.<br><br>DISA GLOBAL SOLUTIONS, INC; JCL SAFETY SERVICES; AIR PRODUCTS AND CHEMICALS, INC; PHILLIPS 66; NORTH AMERICAN BACKGROUND SCREENING CONSORTIUM; HEALTH AND SAFETY COUNCIL; and DOES 1-10, inclusive,<br><br>   Defendants. | Case No. 2:24-cv-08380-MCS-PVC<br><br>*Assigned to Judge Mark C. Scarsi; Referred to Magistrate Judge Pedro V. Castillo*<br><br>**ORDER ON REQUEST FOR APPROVAL OF WITHDRAWAL OF ATTORNEY (ECF No. 125)** |

THE COURT HEREBY ORDERS THAT the request of Joshua Kim, Sarah True, and Amanda Carlin of Root & Rebound to withdraw as attorney of record for Plaintiff Trina Harper is hereby GRANTED.

Dated: April 8, 2025

*/s/ Mark C. Scarsi*
_____
Mark C. Scarsi
United States District Judge

- 1 -
ORDER ON REQUEST FOR APPROVAL OF WITHDRAWAL OF ATTORNEY