**DENIED**
BY ORDER OF THE COURT
Dated: 6/6/2025

*Mark C. Scarsi*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINA HARPER,<br><br>        Plaintiff,<br><br>   v.<br><br>DISA GLOBAL SOLUTIONS, INC., et al.,<br><br>        Defendants. | Case No. 2:24-cv-08380-MCS-PVC<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION AND APPLICATION TO EXTEND CASE SCHEDULE** |

[PROPOSED] ORDER

1  Good cause appearing therein, the Parties' Joint Stipulation and Application to
2  Extend Case Schedule is hereby approved and adopted as the Order of the Court.  The
3  remaining deadlines shall be extended as follows:

4

| Deadline | Current Deadline | New Deadline |
|---|---|---|
| Initial Expert Reports | June 6, 2025 | September 5, 2025 |
| Rebuttal Expert Reports | July 7, 2025 | October 7, 2025 |
| Non-Expert Discovery Cut−Off | July 21, 2025 | October 21, 2025 |
| Expert Discovery Cut-Off | August 25, 2025 | November 25, 2025 |
| Last Date to Hear Motions | August 25, 2025 | November 25, 2025 |
| Trial Filings (first round) | October 14, 2025 | January 15, 2026 |
| Trial Filings (second round) | October 20, 2025 | January 20, 2026 |
| Final Pretrial Conference: | November 3, 2025 | February 3, 2026 |
| Trial | November 18, 2025 | February 18, 2026 |

14  IT IS SO ORDERED.

16  DATED:

**DENIED**
BY ORDER OF THE COURT

18  Honorable MARK C. SCARSI
19  United States District Judge

[PROPOSED] ORDER